IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00069-WYD-KLM

GURVEST CASTILLE

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED, a Minnesota corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order [#16]**[1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [##16-1, 16-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: May 22, 2014

---

    [1] "[#16]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.