IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00069-WYD-KLM

GURVEST CASTILLE

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED, a Minnesota corporation,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to File the First Amended Complaint and Jury Demand** [#23][1] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff may amend his pleading "with the opposing party's written consent or the court's leave." The Motion is unopposed. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's First Amended Complaint and Jury Demand [#23-1] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall respond to the First Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

    Dated: July 23, 2014

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.